IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

STEVEN D. LISLE JR #R40159
   VS   Plaintiff   No. 15-965-MJR-SCW
BUTLER et al
   Defendant

## MOTION ENTERED FOR "PRIVATE SETTLEMENT AGREEMENTS"

Plaintiff will agree to let any defendant privately settle out for "Money Damages" that is requested by each defendant. In the event of any defendant settling out in this matter before the Court for the money damages requested their name and role in the complaint will be barred from the pending complaint.

1. Jana South — 5,000$
2. JODI HORMAN — 1,500$
3. Young — 800$
4. Susan Hill — 1,000
5. McClure — 1,500$
6. Charlotte Midget — 2,000$
7. Kente Brookman — 2,500$
8. WILLBORNE — 1,500$
9. SAMAUEL — 2,000$
10. Kimberly Butler — 3,500$

SCANNED at PCC and E-Mailed
1/7/16 (date) by BS (initials)
3 (# of pages)

1 of 2

11) Shaun Reiman 1,500$
12) Jordin 1,500$

In the event that any defendant accepts plaintiff's settlement who cannot pay the full money damage balance. Plaintiff will allow any defendant to make payment plans of 500$ a month untill the full debt that is owed is payed off.

Steven D Lisle #R40159
Po Box 99
Pontiac IL 61764

2

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2016 the foregoing document Motion entered for "Private Settlement Agreements" was electroinically filled with the Clerk of the Court using the (M)ECF system which will send notification of such filing to the following (EastStLouis's Southern Dist) and I hereby certify that on the same date I caused to be mailed by US postal service a copy of the foregoing document to: Susanna J Price # 6316972
A+A=G 500 South Second Street
Springfield, IL 62706

Respectfully Submitted
Steven D Lisle # R40159
PO Box 99
Pontiac IL 61764