IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN D LISLE # R40159 ) No 15-965-MJR-SCW
    vs    Plaintiff )
BUTLER et al )
      Defendant )

## MOTION AS A SETTLEMENT DEMAND

Plaintiff will agree to let any defendant privately settle out for "Money Damages" that is requested by each defendant. In the event of any defendant settling out in this matter before the Court for the money damages requested their name and role in the complaint will be barred from the pending complaint.

1. Jana South — 5,000$
2. JODI Horman — 1,500$
3. Young — 800$
4. Susan Hill — 1,000
5. McClure — 1,500$
6. Charlotte Midget — 2,000$
7. Kente Brookman — 2,500$
8. Willborne — 1,500$
9. Sammauel — 2,000$
10. Kimberly Butler — 3,500$
11. Shaun Ramon — 1,500$
12. (Jordana Reeves) 1,900$
13. Brad Bramlett — 900$
14. Rednour — 2,000$

1 of 2

15 MEZO 2000$
16 T.Skeen 3,500$
17 Lori Oakly 3000$

In the event that any defendant accepts plaintiffs settlement who can not pay the full money damage balance. Plaintiff will allow any defendant to make payment plans of 500$ a month untill the full debt thats owed is payed off.

StevenD Lisle JR #R40159
Po Box 99
Pontiac IL 61764