IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| STEVEN D. LISLE, #R40159,          ) | |
| ) | |
| Plaintiff,          ) | |
| ) | |
| - vs-          ) | No. 15–965-GCS |
| ) | |
| KIMBERLY BUTLER, et al.,          ) | |
| ) | |
| Defendants.          ) | |

**STATUS REPORT REGARDING SETTLEMENT**

NOW COME the Defendants, KENT BROOKMAN, KIMBERLY BUTLER, SUSAN HILL, CHRISTOPHER MCCLURE, CHARLOTTE MIGET, SHAUN REIMAN, MICHAEL SAMUEL, and WILLIAM WELBORN , by and through their Attorney, Kwame Raoul, Attorney General for the State of Illinois, and hereby submit a status report regarding settlement, stating as follows:

1.     Pursuant to a text order entered on December 11, 2019, Defendants were directed to file a status report regarding the progress of consummation of settlement by February 10, 2020. (d/e 278)

2.     On January 10, 2020, Defendants counsel forwarded a proposed settlement agreement to Plaintiff's counsel.

3.     On January 28, 2020, Plaintiff's counsel responded to Defendants' proposed settlement agreement with proposed changes.

4.     Pursuant to the Office of the Illinois Attorney General policies, any edits to its proposed settlement agreements must be reviewed by supervisors of Defendants counsel as well as an attorney at the Illinois Department of Corrections.

5.     Defendants counsel is still awaiting a response to Plaintiff counsel's proposed

1

changes from the Illinois Department of Corrections.

6. As a result, the parties have not yet come to terms on settlement language.

WHEREFORE Defendants respectfully request this Court accept this status report regarding settlement.

                          Respectfully submitted,

                          KENT BROOKMAN, KIMBERLY BUTLER, SUSAN HILL, CHRISTOPHER MCCLURE, CHARLOTTE MIGET, SHAUN REIMAN, MICHAEL SAMUEL, and WILLIAM WELBORN,

                          Defendants,

                          KWAME RAOUL, Attorney General,
                          State of Illinois

Dylan P. Grady, #6309120                Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706                 By: s/ Dylan P. Grady
(217) 782-9014  Phone                      DYLAN P. GRADY
(217) 524-5091 Fax                         Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| STEVEN D. LISLE, #R40159, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - vs- ) | No. 15–965-GCS |
| ) | |
| KIMBERLY BUTLER, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on February 11, 2020, the foregoing document, *Status Regarding Settlement* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy P. Dugan         tdugan@cassiday.com
Michael A. Wolff         mwolff@uselaws.com, sbddocket@uselaws.com

                                                    Respectfully submitted,

                                                      s/Dylan P. Grady
                                                    Dylan P. Grady, #6309120
                                                    Assistant Attorney General
                                                    500 South Second Street
                                                    Springfield, Illinois  62706
                                                    (217) 782-9014  Phone
                                                    (217) 524-5091  Fax
                                                    dgrady@atg.state.il.us

3