041178/01245/TPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| STEVEN D. LISLE, #R40159, <br><br>       Plaintiff, <br><br>v. <br><br>KIMBERLY BUTLER, LT. WILLBORNE, KENTE BROOKMAN, C. MCCLURE, SAMMUEL, RAMON, YOUNG, SUSAN HILL, JORDIN, HORMAN, JANA SOUTH, CHARLOTTE MIDGET, JOHN DOE, and JANE DOE, <br><br>       Defendants. | Case Number 15-cv-965-GCS <br><br> Magistrate Judge Gilbert C. Sison |

## JOINT MOTION TO SUBSTITUTE PARTIES

COME NOW the parties, by and through their respective counsel, and jointly request the Court to dismiss Defendants Jodi Hormann and Jana South from this action with prejudice and substitute in as a Defendant Wexford Health Sources, Inc.

WHEREFORE, the parties respectfully request that this Court dismiss Defendants Hormann and South with prejudice, substitute in Wexford Health Sources, Inc., as a Defendant and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Timothy P. Dugan
*Attorney for Wexford Health Sources, Inc, Jodi Hormann*
*And Jana South*

Timothy P. Dugan
ARDC No. 6271610
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580

St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
tdugan@cassiday.com


By:   /s/ Michael Wolff  (with consent)

Michael Wolff
James Redd
Schlichter, Bogard & Denton, LLP
100 South Fourth St., Suite 1200
St. Louis MO 63102
mwolff@uselaws.com
jredd@uselaws.com
*Attorney for Plaintiff, Steven Lisle*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2020, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Joseph E. Okon
Dylan Grady
Office of the Attorney General
500 S. Second Street
Springfield IL 62701
jokon@atg.state.il.us
dgrady@atg.state.il.us

Michael Wolff
James Redd
Schlichter, Bogard & Denton, LLP
100 South Fourth St., Suite 1200
St. Louis MO 63102
mwolff@uselaws.com
jredd@uselaws.com

/s/ Timothy P. Dugan

9356796 TDUGAN;MJANINI