US Dist Court Southern Dist of Illinois

Lisle v Butler        No 15-965

## Motion Enforcing A Judgment For A Specific Act - Requiring Defendants To Pay Back Payment For Settlement Fee's

Now Comes, Plaintiff In The Above motion. Pursuant To FedRCivP Rule 70 (a) Party's Failure To Act: Ordering Another to Act. If a Judgment requires a party to perform any other specific act and the party fails to comply within the time specified the court may order the act to be done at the disobedient party's expense

1. The Clerk of the Court was directed by The Court To Dismiss this case with prejudice on April 13, 2020   Doc. 278, 287, 292, 295, 296, 299, 300 ;;
2. Plaintiff is continuing to await The Defendants To complete the settlement By providing plaintiff with 500$ payment.
3. Plaintiff Request This Court To order The defendants to pay plaintiff His Current 500$ settlement payment And additional Back Payment   for defendants continued delay of payment to Plaintiff Relief
1. Court grant above request and any reasonable relief

1 of 2

Certificate of service
12-29-20 EFiled
To US Dist Court Southern Dist
of Illinois /s/ [signature]

2



# UNITED STATES DISTRICT COURT
## Southern DISTRICT OF ILLINOIS

## ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading to the U.S. District Court for __Southern__ District of Illinois for review and filing.

Name: __Steven Disle JR__

ID Number: __R40159__

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or **No**

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number, mark here: _____

3. Should this document be filed in a pending case?   **Yes** or No

   If yes, please list case number: __15-965__

   If yes, but you do not know the case number, mark here: _____

4. Please list the total number of pages being transmitted: __2__

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
|  | 2 |
| Motion Enforcing Judgment |  |
|  |  |
|  |  |

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.