IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| STEVEN D. LISLE, #R40159, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 15-965-GCS |
| | ) | |
| KIMBERLY BUTLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF COMPLIANCE**

NOW COME the Defendants, SUSAN HILL, CHRISTOPHER McCLURE, JORDANA REEVES, WILLIAM WELBORN and CALE YOUNG, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and hereby provide the following Notice of Compliance with the Court's order entered December 11, 2020, [Doc. 308], stating as follows:

1. On December 11, 2020, the Court entered an order extending the time to complete settlement to February 12, 2021. [Doc. 308].

2. According to personnel at the Illinois Department of Central Management Services ("CMS"), CMS generated a payment voucher numbered 119967310, and sent the voucher to the Illinois State Comptroller to disburse Plaintiff's settlement check.

3. According to the Comptroller's online Vendor Warrant List, the payment check was made available to Plaintiff on January 21, 2021, then deposited on February 1, 2021.

4. Personnel at Plaintiff's facility, Dixon Correctional Center ("Dixon"), has informed the undersigned that the facility has not received the check. However, the terms of the settlement agreement specified, "[t]he Parties understand that the amount payable under this Agreement is

subject to state laws governing the State Comptroller's obligation to withhold funds that Steven D. Lisle may owe to other persons to state agencies."

5.  After fulfilling Plaintiff's obligations, the remainder of the settlement fund payment, if any, will be released by the Comptroller and deposited into Plaintiff's trust fund at Dixon soon.

WHEREFORE, Defendants respectfully submit the foregoing Notice of Compliance, informing this Honorable Court that settlement in this matter is now complete as payment has been sent.

                          Respectfully submitted,

                          SUSAN HILL, CHRISTOPHER McCLURE, JORDANA REEVES, WILLIAM WELBORN and CALE YOUNG,

                          Defendants,

| | |
|---|---|
| Philip Andrews, #6329386<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, Illinois 62701<br>(217) 557-0261 Phone<br>(217) 782-8767 Fax<br>E-mail: pandrews@atg.state.il.us | KWAME RAOUL, Attorney General of the State of Illinois,<br><br>    Attorney for Defendants,<br><br>By:  *s/Philip Andrews*<br>       Philip Andrews, #6329386<br>       Assistant Attorney General |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| STEVEN D. LISLE, #R40159, | ) |
| Plaintiff, | ) |
| - vs- | ) No. 15-965-GCS |
| KIMBERLY BUTLER, et al., | ) |
| Defendants. | ) |

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on February 11, 2021, the foregoing document, ***Defendants' Notice of Compliance,*** was electronically filed with the Clerk of the Court using the CM/ECF system which will electronically send notice to:

Michael A. Wolff<br>
Schlichter, Bogard, et al.,<br>
mwolff@uselaws.com

and I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

None

                                           Respectfully submitted,

                                           *s/Philip Andrews*
                                           Philip Andrews, #6329386
                                           Assistant Attorney General
                                           500 South Second Street
                                           Springfield, Illinois 62701
                                           (217) 557-0261 Phone
                                           (217) 782-8767 Fax
                                           E-Mail:   pandrews@atg.state.il.us