# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

STEVEN D. LISLE, #R40159,

    Plaintiff,

vs.

KIMBERLY BUTLER, et al.,

    Defendants.

No. 15-965-GCS

## CONSENT MOTION TO DISMISS WITH PREJUDICE

Defendants having satisfied their obligations under the parties' settlement agreement, Plaintiff Steven Lisle hereby withdraws his motion to enforce settlement (Doc. 315) and moves that the Court dismiss his action with prejudice, with each party to bear its own costs, and dismiss his attorney from his assignment to represented Plaintiff (Doc. 113). Each counsel for defendant consents to these terms of dismissal.

Dated: April 15, 2021

Respectfully submitted,

/s/ Michael A. Wolff
Michael A. Wolff, IL No. 6206003
SCHLICHTER BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Tel: 314-621-6115
Fax: 314-621-5934
mwolff@uselaws.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

Christine McClimans
cmcclimans@atg.state.il.us
Office of the Attorney General
500 South Second Street
Springfield, IL 62701

Counsel for IDOC Defendants

Timothy P. Dugan
tdugan@cassiday.com
Cassiday Schade LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102

Counsel for Wexford Defendants

                   /s/ Michael A. Wolff