IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Steven D. Lisle,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 15-cv-965-GCS |
| | ) | |
| **Kimberly Butler et al ,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the Order entered on December 11, 2019 (Doc. 278), this case has been dismissed with prejudice with each party to bear its own costs as to Defendants Hill, McClure, Reeves, Wellborn, and Young.

Pursuant to the Order entered on October 28, 2015 (Doc. 7), Defendants John or Jane Doe, Dunbar, Menard Employees, Hoff, Spiller, Jane Doe and John Doe were terminated from this action.

Pursuant to the Order entered on December 19, 2017 (Doc. 186), Defendants Brookman, Samuel, Reiman, Butler, Miget, Bochantin, and Carter were dismissed from this action with prejudice.

Pursuant to the Order entered on May 08, 2020 (Doc. 291), Wexford Health Sources was substituted for Defendants Hormann and South who were dismissed with prejudice.

IT IS SO ORDERED.

DATED: April 23, 2021

                                                MARGARET M. ROBERTIE, Clerk of Court
                                                *s/ Catina Simpson*
                                                Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge